UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| MARK A. WESTBROOKS, | |
| Plaintiff, | 26-CV-0104 (RA) (RFT) |
| -against- | **ORDER** |
| THE CITY OF NEW YORK, et al., | |
| Defendants. | |

**ROBYN F. TARNOFSKY, United States Magistrate Judge:**

This action is scheduled for a Telephone Conference on **April 9, 2026, at 3:00 PM**. The parties should be prepared to discuss compliance with the *Valentin* Order. The parties are directed to join the conference at the scheduled time by dialing **(646) 453-4442, Access Code: 392 898 022#.**

Dated: March 26, 2026                                    SO ORDERED,
          New York, NY

_____
**ROBYN F. TARNOFSKY**
**United States Magistrate Judge**