UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

MARK A. WESTBROOKS,

               Plaintiff,

    -against-

THE CITY OF NEW YORK, et al.,

               Defendants.

26-CV-0104 (RA) (RFT)

**ORDER OF SERVICE**

**ROBYN F. TARNOFSKY, United States Magistrate Judge:**

On January 22, 2026, this Court issued an order of service and *Valentin* Order, directing the New York City Law Department (the "Law Department") to ascertain, among others, the identity and badge number for the unidentified defendant "Officer 'C' (Asian Male, Task Force Unit)" whom Plaintiff seeks to sue in this case. (ECF 11.)

On March 23, 2026, the Law Department identified New York Police Department Officer Guo Ouyang, Shield No. 10916, as "Officer 'C'."(ECF 18.) The Law Department further noted that "an electronic request for a waiver of service can be made under the e-service agreement for cases involving NYPD defendants rather than by personal service. (*Id*.)

The Clerk of Court is respectfully requested to (i) terminate Defendant Officer "C"; (ii) electronically notify the New York City Police Department and the New York City Law Department of this Order; and (iii) terminate ECF 23. The Court requests that Defendant Officer Guo Ouyang, Shield No. 10916, waive service of summons.

Dated: March 26, 2026
      New York, NY

SO ORDERED,

_____
**ROBYN F. TARNOFSKY**
**United States Magistrate Judge**