UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

MARK A. WESTBROOKS,

                    Plaintiff,

      -against-

THE CITY OF NEW YORK, et al.,

                 Defendants.

26-CV-0104 (RA) (RFT)

**ORDER**

**ROBYN F. TARNOFSKY, United States Magistrate Judge:**

Pending before the Court is Plaintiff's motion for miscellaneous relief. (ECF 28.) The motion is GRANTED IN PART and DENIED IN PART, as set forth below. As discussed at the conference held on April 9, 2026:

1. The City shall by **April 16, 2026** provide Plaintiff with identifying information for Officer Fuller and the one additional officer who was present outside the precinct. Once Plaintiff has received that information, he shall by **April 23, 2026** write a letter to the Court requesting that the operative complaint be deemed amended to add the two additional defendants and to insert their names in place of the John Doe defendants listed in paragraph 19 of the operative complaint, and the Court will order initiation of e-service of the additional Defendants.

2. The City shall mail and email a copy of this Order and the operative complaint (ECF 21, Third Am. Compl.) to Defendant Sharon Joachim by **April 16, 2026** and file proof of such service on the docket by **April 16, 2026**.

3. The City's time to respond to the operative complaint on behalf of all previously served Defendants is extended until **May 26, 2026**. If the served Defendants choose to move to

dismiss, Plaintiff's opposition shall be due by **June 30, 2026** and served Defendants' reply shall be due by **July 10, 2026**.

4.    Defendant Joachim's time to respond to the operative complaint is extended until **May 26, 2026**. If Defendant Joachim chooses to move to dismiss, Plaintiff's opposition shall be due by **June 30, 2026** and Defendant Joachim's reply shall be due by **July 10, 2026**.

5.    Within 21 days of service of all Defendants who have not yet been served, such Defendants shall file a letter on the docket indicating whether they wish to join any pending motion to dismiss. If so, they shall include in that letter any arguments specific to sufficiency of the allegations against them. If not, they shall have an additional 14 days to file their own motion(s) to dismiss. I will set a further briefing schedule once the Defendants who have not yet been served indicate whether they wish to join any pending motion to dismiss.

6.    Counsel for the City confirmed that it has secured and is preserving the relevant BWC footage.

The Clerk of Court is respectfully requested to terminate ECF 28.

Dated: April 10, 2026        SO ORDERED,
      New York, NY

_____
**ROBYN F. TARNOFSKY**
**United States Magistrate Judge**

2