UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF NEW YORK

MARK A. WESTBROOKS,

Plaintiff,

-against-

THE CITY OF NEW YORK; SGT. CARLOS HERNANDEZ (Shield #2085); P.O. RUBEN PERDOMO-CRESPO (Shield #11626); P.O. GUO OUYANG (Shield #10916); P.O. FULLER (Shield #1184); SHARON JOACHIM; JOHN/JANE DOE SUPERVISOR; and ADDITIONAL JOHN/JANE DOE OFFICERS,

Defendants.

Case No. 1:26-cv-00104-RA-RFT

**PLAINTIFF'S LETTER MOTION FOR LEAVE TO AMEND TO SUBSTITUTE TRUE NAMES OF DOE DEFENDANTS UPON COMPLETION OF VALENTIN COMPLIANCE**

April 9, 2026

Hon. Robyn F. Tarnofsky

United States Magistrate Judge

Southern District of New York

500 Pearl Street

New York, New York 10007

Re: Westbrooks v. City of New York et al., No. 1:26-cv-00104-RA-RFT — Letter Motion for Leave to Amend to Substitute True Names of Doe Defendants

Dear Judge Tarnofsky:

Plaintiff Mark A. Westbrooks respectfully submits this letter motion pursuant to Fed. R. Civ. P. 15(a) and this Court's inherent authority to manage discovery, requesting leave to amend the Third Amended Complaint ("TAC," Doc. 23) to substitute the true names and shield numbers of the currently unnamed John/Jane Doe defendants once their identities are disclosed through the City's Valentin compliance.

## I. BACKGROUND

The TAC names as Doe defendants: (1) the John/Jane Doe Supervisor who personally responded outside the 42nd Street/8th Avenue MTA station on August 23, 2024, personally observed Plaintiff's visible wrist injuries, and personally directed Plaintiff to file a CCRB complaint; and (2) additional second-wave officers who arrived in response to Plaintiff's 911 call. TAC ¶¶ 28–29.

The City's Valentin compliance letter (Doc. 18) identified only the three officers present during the initial inside-station encounter. It did not identify the Doe supervisor, P.O. Fuller (Shield #1184), or any other second-wave officers who responded outside the station. Plaintiff has filed a letter motion (Doc. 28) requesting supplemental Valentin compliance and raised this issue at the April 9, 2026 telephonic conference.

## II. LEGAL STANDARD

Leave to amend shall be freely given when justice so requires. Fed. R. Civ. P. 15(a)(2). In the Second Circuit, courts routinely permit pro se plaintiffs to substitute true names for Doe defendants once identities are ascertained through discovery or Valentin compliance. See Valentin v. Dinkins, 121 F.3d 72, 76 (2d Cir. 1997) (per curiam). The substitution of true names for Doe placeholders is a ministerial amendment that causes no prejudice, introduces no new claims, and advances the efficient resolution of this action.

III. RELIEF REQUESTED

Plaintiff respectfully requests that the Court grant leave to file a Fourth Amended Complaint for the limited and sole purpose of substituting the true names, shield numbers, and commands of the John/Jane Doe Supervisor and additional Doe officers identified through supplemental Valentin compliance. Plaintiff does not seek to add new claims, new legal theories, or new factual allegations. The amendment would be purely substitutional.

Plaintiff further requests that the Court condition this leave on the City's timely compliance with the supplemental Valentin order, and direct that the amendment be filed within fourteen (14) days of the City's disclosure of the officers' identities.

No defendant will suffer prejudice from this amendment. The Doe defendants are already on notice through the TAC's allegations of their direct, on-scene personal involvement. The City has possessed actual knowledge of their identities since August 23, 2024. The amendment will simply confirm on the record what the City already knows.

Plaintiff respectfully requests that the Court grant the relief requested herein.

Respectfully submitted,

/s/ Mark A. Westbrooks

**MARK A. WESTBROOKS**

Plaintiff Pro Se

90 Sands Street, Unit 2713

Brooklyn, New York 11201

mawbusiness@outlook.com | 917-524-6621

Dated: April 9, 2026

cc: Inna Shapovalova, Esq.; Joseph Capio, Esq. (via ECF)