UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

MARK A. WESTBROOKS,

                    Plaintiff,

        -against-

THE CITY OF NEW YORK, et al.,

                    Defendants.

26-CV-0104 (RA) (RFT)

**ORDER**

**ROBYN F. TARNOFSKY, United States Magistrate Judge:**

Pending before the Court is Plaintiff's motion for leave to amend his complaint to substitute the true names and shield numbers of the unnamed defendants upon the City's compliance with the Court's supplemental Valentin order (ECF 31) and the City's motion to set aside Plaintiff's request for a certificate of default as to Defendant Sharon Joachim (ECF 33).

1. Plaintiff's motion for leave to amend the complaint is GRANTED. Plaintiff shall file his Fourth Amended Complaint onto the docket by **May 1, 2026**. After Plaintiff files the Fourth Amended Complaint, the Court will order initiation of e-service of additional Defendants.

2. As the Court has extended Defendant Joachim's deadline to respond to the operative complaint until May 26, 2026 (ECF 30), Defendant's motion to set aside Plaintiff's request for a certificate of default is GRANTED.

The Clerk of Court is respectfully requested to terminate ECF 31 and ECF 33.

Dated: April 24, 2026
       New York, NY

SO ORDERED,

_____
**ROBYN F. TARNOFSKY**
**United States Magistrate Judge**