UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------------- x

MARK A. WESTBROOKS,

                               Plaintiff,

          -against-                       **NOTICE OF MOTION**

                                           26 Civ. 00104 (RA) (RFT)

THE CITY OF NEW YORK, ET AL.,

                              Defendants.

------------------------------------------------------------------------- x

     **PLEASE TAKE NOTICE** that upon the Memorandum of Law in Support of Defendants City of New York and Sharon Joachim's Motion to Dismiss the Fourth Amended Complaint, dated May 26, 2026, and all pleadings and proceedings previously had herein, Defendants will move before the Honorable Ronnie Abrams, on a date and time to be determined by the Court, at the United States Courthouse for the Southern District of New York, located at 500 Pearl St., New York, New York, to dismiss the Fourth Amended Complaint pursuant to Rules 8(a) and 12(b)(6) of the Federal Rules of Civil Procedure, and for such other and further relief as the Court deems just, proper, and equitable.

**PLEASE TAKE FURTHER NOTICE** that, pursuant to the Court's Order dated April 10, 2026, Plaintiff's opposition papers, if any, should be served and filed on or before June 30, 2026, and Defendants' reply papers, if any, shall be served and filed on or before July 10, 2026.

Dated: May 26, 2026
        New York, New York

                                                **STEVEN BANKS**
                                                Corporation Counsel of the City of New York
                                                *Attorney for Defendants City of New York and*
                                                *Sharon Joachim*
                                                100 Church Street
                                                New York, New York 10007
                                                (212) 356-2656
                                                inshapov@law.nyc.gov

                                        By:     */s/ Inna Shapovalova*
                                                Inna Shapovalova[1]
                                                *Senior Counsel*
                                                Special Federal Litigation

CC:     **VIA ECF**[2]
        Mark A. Westbrooks
        *Plaintiff pro se*

---

[1] This case has been assigned to Assistant Corporation Counsel Joseph Capio, who is awaiting admission to the New York Bar. Mr. Capio is handling this matter under my supervision and may be reached at (212) 356-2318 or jcapio@law.nyc.gov.

[2] Upon information and belief, Plaintiff has consented to receive electronic service via ECF. See ECF No. 8.