UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

MARK A. WESTBROOKS,

Plaintiff,

-against-

THE CITY OF NEW YORK, et al.,

Defendants.

26-CV-0104 (RA) (RFT)

**CORRECTED[1] ORDER**

**ROBYN F. TARNOFSKY, United States Magistrate Judge:**

On April 10, 2026, I ordered the City to provide Plaintiff with identifying information for an Officer Fuller and another officer that was present for the incident that is the basis of his complaint. (ECF 30.) On April 15, 2026, the City identified the two officers as P.O. Diana Fuller, Shield No. 1182, and P.O. Lukas Morales, Shield No. 26997. (ECF 35.) On April 28, 2026, Plaintiff filed a Fourth Amended Complaint, adding Defendants Fuller and Morales as parties. (ECF 37.)

On October 26, 2026, Plaintiff filed an application asking, in part, that the Court request Defendants Fuller and Morales to waive service. (ECF 66.) On October 29, 2026, Plaintiff filed a supplemental letter, informing the Court that the City had informed him that it does not represent Defendants Fuller and Morales in this action and requesting that the Court (i) direct the Law Department to provide the Court with addresses at which Defendants Fuller and Morales can be served, (ii) direct the Clerk of Court to issue summonses for Defendants Fuller and Morales and the USMS to serve them, and (iii) confirm that Plaintiff's time to serve Defendants Fuller and Morales will run from the issuance of the summons. (ECF 67, 68.)

[1] The only correction to this Order is to the caption; the previous version was mistakenly titled an "Order of Service" in the caption but was meant to be just an Order.

Plaintiff's application is **GRANTED IN PART** in that, by **November 9, 2026,** the City is directed to file a letter on the docket that identifies addresses at which Defendants Fuller and Morales can be served; and the Court confirms that Plaintiff's 90 days to serve Defendants Fuller and Morales shall run from date of the issuance of their summonses. Plaintiff's application is **DENIED IN PART**, in that the Court declines at this time to request the Clerk of Court to issue summonses for Defendants Fuller and Morales and to direct the USMS to serve them. The Court will do so as soon as the City identifies addresses where Defendants Fuller and Morales can be served.

The Clerk of Court is respectfully requested to strike ECF 69.

Dated: November 2, 2026
New York, NY

SO ORDERED,

**ROBYN F. TARNOFSKY**
**United States Magistrate Judge**