UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

MARK A. WESTBROOKS,

Plaintiff,

-against-

THE CITY OF NEW YORK, et al.,

Defendants.

26-CV-0104 (RA) (RFT)

**ORDER OF SERVICE**

**ROBYN F. TARNOFSKY, United States Magistrate Judge:**

On November 2, 2026, I ordered the City to file a letter on the docket identifying addresses at which Defendants Officer Diana Fuller and Officer Lukas Morales can be served. (ECF 70.) The same day, the parties filed a joint status letter in which, among other things, Plaintiff represented that the City confirmed for him that Defendants Fuller and Morales could be served at the police precinct at 357 West 35th Street, New York, New York 10001. (ECF 72.)

Because Plaintiff has been granted permission to proceed IFP, he is entitled to assistance from the Court and the U.S. Marshals Service ("USMS") to effect service. *See Walker v. Schult*, 717 F.3d. 119, 123 n.6 (2d Cir. 2013); *see also* 28 U.S.C. § 1915(d) ("The officers of the court shall issue and serve all process . . . in [IFP] cases."); Fed. R. Civ. P. 4(c)(3) (the court must order the Marshals Service to serve if the plaintiff is authorized to proceed IFP).[1]

To allow Plaintiff to effect service on Defendants Fuller and Morales through the USMS, the Clerk of Court is respectfully requested to (1) issue summonses for Defendants P.O. Diana Fuller, Shield No. 1182, and P.O. Lukas Morales, Shield No. 26997, (2) to fill out USMS Process

[1] Although Rule 4(m) of the Federal Rules of Civil Procedure generally requires that the summons and the complaint be served within 90 days of the date that the complaint is filed, as confirmed in my Order on November 2, 2026, Plaintiff's deadline to serve Defendants Fuller and Morales shall be 90 days after the issuance of their summonses. (*See* ECF 70.)

Receipt and Return forms (USM-285 forms) for Defendants Fuller and Morales, and (3) deliver to the USMS all the paperwork necessary for the USMS to effect service of the summonses and the Fourth Amended Complaint (ECF 37) on Defendants Fuller and Morales at 357 West 35th Street, New York, New York, 10001.

Dated: November 6, 2026
New York, NY

SO ORDERED.

**ROBYN F. TARNOFSKY**
**United States Magistrate Judge**